UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol Powell,                                                                          Civil No. 06-5025 (PAM/JSM)

                Plaintiff,

v.                                                                                                            **ORDER**

Target Corporation,

                Defendant.

---

On August 27, 2007, a Stipulation of Dismissal With Prejudice was filed stating that the above-entitled action has been settled and that the action may be dismissed with prejudice. (Docket No. 6.) The stipulation was signed by all parties that have appeared in the action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that:

1. The claims asserted by Plaintiff Carol Powell are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 29, 2007

                                                    s/ Paul A. Magnuson
                                                    Paul A. Magnuson
                                                    United States District Court Judge